# United States District Court
# District of Massachusetts

TORMU E. PRALL, *pro se*,
    Plaintiff,

v.                                                      CIVIL ACTION NO. 10-10058-RWZ

CITY OF BOSTON,
JEFFREY CAHILL, JOHN DOES 1-99, a/k/a UNKNOWN
    NAMED BOSTON POLICE OFFICERS,
JOHN MOE, a/k/a MAGISTRATE JUDGE,
JEFFREY CAHILL,
JEFFREY LYNCH,
    Defendants.

## *REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND OTHER FORMS OF RELIEF (#42) AND DEFENDANT, CITY OF BOSTON'S CROSS-MOTION FOR SUMMARY JUDGMENT (#56)*

COLLINGS, U.S.M.J.

I RECOMMEND that the Plaintiff's Motion for Summary Judgment and Other Relief (#42) and the Defendant, City Of Boston's...Cross-Motion for Summary Judgment (#56) be DENIED WITHOUT PREJUDICE. Both motions are manifestly premature. Litigation on the defendant's motion to dismiss was just completed on February 9, 2011, virtually no discovery has taken place, and two new defendants have been added who are in the process of being served. When those defendants have responded to the summonses, the Court, after obtaining input from the plaintiff and counsel for the defendants, will issue a scheduling order which will provide for a time period after completion of discovery for summary judgment motions. Prior to that time, litigating summary judgment issues would be fruitless and a waste of resources.

### *Review by the District Judge*

The parties are hereby advised that any party who objects to this recommendation must file a specific written objection thereto with the Clerk of this Court within 14 days of the party's receipt of this Report and Recommendation. The written objections must specifically identify the portion of the recommendation, or report to which objection is made and the basis for such objections. The parties are further advised that the United States Court of

Appeals for this Circuit has repeatedly indicated that failure to comply with Rule 72(b), Fed. R. Civ. P., shall preclude further appellate review. *See Keating v. Secretary of Health and Human Services*, 848 F.2d 271 (1 Cir., 1988); *United States v. Emiliano Valencia-Copete*, 792 F.2d 4 (1 Cir., 1986); *Scott v. Schweiker*, 702 F.2d 13, 14 (1 Cir., 1983); *United States v. Vega*, 678 F.2d 376, 378-379 (1 Cir., 1982); *Park Motor Mart, Inc. v. Ford Motor Co.*, 616 F.2d 603 (1 Cir., 1980); *see also Thomas v. Arn*, 474 U.S. 140 (1985).

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

May 16, 2011.